No. 72–1498. THOMPSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari and set case for oral argument.

MR. JUSTICE DOUGLAS, dissenting.

The petitioner here was convicted in District Court of conspiring to transport forged securities in interstate commerce, 18 U. S. C. § 2314, and of aiding and abetting the substantive crime. The trial judge's instruction to the jury did not clearly require that it find that defendant had knowledge of the interstate character of the transaction. Regardless of whether the substantive count requires such knowledge, it seems clear that

the conspiracy offense would. See the opinion of Judge Learned Hand in *United States* v. *Crimmins,* 123 F. 2d 271, 273 (CA2 1941). Moreover, here as in *Barnes* v. *United States,* 412 U. S. 837 (1973), we deal with an offense traditionally treated as a local law question; it becomes federal only through the nexus with interstate commerce. See my dissenting opinion in *Barnes* v. *United States, supra,* p. 848. Proof of that nexus is therefore required for conviction. I would grant certiorari.